**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FREDERICK MUTUAL INSURANCE COMPANY,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 17-4890** |
| | : | |
| **TARGET CORPORATION,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 19th day of March 2018, upon review of the Motion to Dismiss filed by Target Corporation and Target Store #1196 [Doc. No. 5], the responses and replies thereto, and in accordance with the Memorandum Opinion issued this day, it is hereby **ORDERED** that the Motion to Dismiss [Doc. No. 5] is **GRANTED**. It is further **ORDERED** that the Clerk of Court shall **CLOSE** this case.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____
**CYNTHIA M. RUFE, J.**